SARAH DOLAN et al., Respondents, *v.* MICHAEL CUMMINGS, Appellant.

*Dolan v. Cummings,* 116 App. Div. 787, affirmed.
(Submitted October 20, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 22, 1907, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to set aside certain deeds of real property on the ground that they were induced by fraud.

*Martin P. Lynch* and *George Tompkins* for appellant.

*George C. Case* and *Wilmot Y. Hallock* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

LEVI ALDRICH, Appellant, *v.* NELLIE ALDRICH, Respondent.

*Aldrich v. Aldrich,* 117 App. Div. 919, affirmed.
(Submitted October 20, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 28, 1907, affirming a judgment in favor of defendant entered upon the report of a referee in an action for divorce.

*Nelson J. Palmer* for appellant.

*Lester F. Stearns* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.